UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GEORGE CROCKER, | § | |
| Plaintiff, | § § § | |
| vs. | § § | C.A. NO. C-05-294 |
| CITY OF KINGSVILLE, et al, | § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with this Court's Order Granting Defendants' Motion for Summary Judgment, the Court hereby enters final judgment dismissing all of Plaintiff's claims in the above-styled action.

Signed on the 26th day of July, 2006.

_____
Janis Graham Jack
United States District Judge